[No. 16391-8-II.   Division Two.   August 31, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LEO W. PERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-1-00319-8, James D. Roper, J., entered July

31, 1992. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.